UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICK ANZOIL BAUSSAN,

    Petitioner,

-v-                                    Case No.: 6:09-cv-791-Orl-19GJK
                                        (6:03-cr-184-Orl-19GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following motion:

    **MOTION**:   Petitioner's Motion for Reconsideration Rule 59(e) (Doc. No. 4, filed June 22, 2009).

Thereon it is **ORDERED** that the motion is **DENIED.** Petitioner has failed to demonstrate sufficient grounds warranting the relief requested.

**DONE AND ORDERED** at Orlando, Florida, this __24th__ day of June, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 6/24
Nick Anzoil Baussan